**LAW OFFICE OF DAVID M. GRIFFITH**
**A PROFESSIONAL CORPORATION**
**ONE WORLD TRADE CENTER, SUITE 800**
**LONG BEACH, CA  90831-0800**
**TELEPHONE (562) 240-1040**
**FACSIMILE (562) 438-3632**
**(STATE BAR NO. 95219)**

**DENIED**
BY ORDER OF THE COURT

Attorney For Plaintiff,
TOWN & COUNTRY PARTNERS, a California General Partnership

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TOWN & COUNTRY PARTNERS, a California General Partnership<br><br>        Moving Party,<br><br>    vs.<br><br>ANNA ZARCO, an Individual, and DOES 1-10, inclusive,<br><br>        Respondents. | CASE NO: SACV 15-01743-JVS (KESx)<br><br>**(PROPOSED) ORDER OF REMAND TO ORANGE COUNTY SUPERIOR COURT – DEPARTMENT C61**<br><br><br><br>Honorable James V. Selna<br>LOCATION: Courtroom  10C<br>United States District Court – Central Div.<br>Santa Ana, CA |

1

Moving Party, Town & County Partners Ex Parte Motion for an Order for Remand has been reviewed by the Court on November ___, 2015.  After reviewing Moving Party's Application, Memorandum of Points and Authorities, and the Declarations of David Griffith and Jon McClintock , and all other evidence submitted,

Respondent's papers fail to invoke this Court's subject matter jurisdiction to support removal of an unlawful detainer action and Respondent has not satisfied the procedural requirements for removal as required under 28 U.S.C. §1446(b).  As such, this Court REMANDS to the Orange County Superior Court Department C61 this unlawful detainer action which Respondent has attempted to remove to this Court.

IT IS SO ORDERED.

**DENIED**
BY ORDER OF THE COURT

Dated: November ___, 2015          By: _____
                                        Honorable James V. Selna

Denied as moot.  JVS November 18, 2015

2